**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**ARTEMIA LOZANO-CARDENAS, *et al.***
Plaintiffs,
*v.*
**ARTHUR WILSON, JR, *et al.*,**
Defendants.

HON. CLAIRE C. CECCHI
Civil Action No. 26-06950 (CCC)

---

**CONSENT ORDER TO STAY AND ADMINISTRATIVELY TERMINATE**

This matter, having been opened to the Court by Robert Frazer, United States Attorney for the District of New Jersey, (Jessica M. Laserna, Assistant United States Attorney, appearing) attorneys for Defendants; and Tyler Jordan Breaux, Attorney for Plaintiffs, via a letter-request for entry of an order administratively terminating this case; and

WHEREAS on June 11, 2026, Plaintiffs filed the present mandamus action to compel the Executive Office of Immigration Review ("EOIR") to assign an immigration judge ("IJ") to adjudicate Plaintiff's pending motions in immigration court. Plaintiffs also brought claims under the First and Fifth Amendments of the Constitution pertaining to U.S. Immigration and

Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") imposition of an ankle monitor on Plaintiff Artemia Lozano-Cardenas; and

WHEREAS on August 17, 2026, EOIR assigned an immigration judge ("IJ") to adjudicate Plaintiffs' pending immigration case; and

WHEREAS the parties recognize that the timely assignment of an immigration judge is necessary and essential to ensure that Plaintiffs receive the individual merits hearing guaranteed under the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment of the United States Constitution; and

WHEREAS an individual merits hearing on any applications or motions pending in Plaintiffs' immigration case has been scheduled by EOIR before an IJ for September 30, 2026, at 2:30 p.m.; and

WHEREAS the parties agree that the most efficient way forward is to stay this matter to allow the IJ to fully evaluate Plaintiffs' pending immigration case; and

WHEREAS the parties agree that staying this matter will promote judicial economy and is in the parties' best interests; and the parties having consented to the entry of this Order;

IT IS on this 4 day of September 2026:

**ORDERED** that this case and all deadlines are **STAYED**, and this case is **HELD IN ADMINISTRATIVE ABEYANCE** pending adjudication of Plaintiffs' pending immigration proceedings before the assigned Immigration Judge; and it is further

**ORDERED** that on or before November 30, 2026, the parties will submit a joint status letter requesting that the Court (a) return this case to active status for continued adjudication, (b) extend the stay pending further immigration proceedings, or (c) if Plaintiffs' immigration case is fully resolved and no further claims remain pending, dismiss this case.

HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

---

We hereby consent to the form and entry of the within Consent Order.

**ROBERT FRAZER**
U.S. Attorney

By: /s/ Jessica M. Laserna
**JESSICA M. LASERNA**
Assistant U.S. Attorney

By: /s/ Tyler J. Breaux
**TYLER JORDAN BREAUX, ESQ.**
Attorney for Plaintiffs